Billy Ray FOWLER, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99912.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 30, 2014.

Gwenda Robinson, St. Louis, MO, for appellant.

Gabriel Harris, Jefferson City, MO, for respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and PHILIP M. HESS, J.

ORDER

PER CURIAM.

Billy R. Fowler appeals from the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties, the legal file and the record on appeal. The judgment of the trial court is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).